# THE MARKS LAW FIRM, P.C.

August 1, 2022

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____08/02/2022____**

**MEMO ENDORSED**

<u>**Via: ECF**</u>
Hon. Katharine H. Parker
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   <u>**Graciela Doncouse v. West NY 500 Corp et al.**</u>
           Docket: 1:22-cv-3181-PGG-KHP

Dear Judge Parker,

Plaintiff respectfully requests a forty-five (45) day extension of the initial conference currently scheduled **<u>August 8, 2022</u>** [Dkt 9] to **<u>September 22, 2022</u>**, or to a date soon thereafter that works better for this Court. To date, the Defendants have not contacted Plaintiff, appeared, answered, or otherwise moved in the above-referenced matter. Defendants were served through the secretary of state on May 24, 2022, and their answers were due on June 14, 2022 [Dkt 7 & 8].

Plaintiff has been making efforts to contact the Defendants, including sending a copy of the summons and complaint directly to the defendants' place of business, calling, and attempting to make sure Defendants are aware of the pending matter before proceeding with a Default. Therefore, Plaintiff requests an extension of forty-five (45) days of the initial conference. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

**<u>APPLICATION GRANTED:</u> The Initial Case Management Conference scheduled for Monday August 8, 2022 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker is hereby rescheduled to <u>Wednesday, September 28, 2022 at 10:45 a.m. Plaintiff is directed to serve a copy of this endorsement on the Defendants.</u>**

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
        Bradly G. Marks

**APPLICATION GRANTED**

**Hon. Katharine H. Parker, U.S.M.J.**

**08/02/2022**

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com