# THE MARKS LAW FIRM, P.C.

September 19, 2022

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2022**

**MEMO ENDORSED**

**Filed via ECF**
Hon. Katharine H. Parker
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 17D
Brooklyn, NY 10007-1312

RE: **Graciela Doncouse v. West NY 500 Corp. et al.**
Index: 1:22-cv-03181-PGG-KHP

Dear Judge Parker,

Plaintiff respectfully requests a thirty (30) day extension of the initial conference currently scheduled for **September 28, 2022** [Dkt 13] to **October 28, 2022**, or to a date thereafter that is convenient for this Court.

The reason for this request is that our office received an call from "Mansoor Saleh", owner of West NY 500 Corp. d/b/a Fresh 2 Go Market, and one of his representatives to assist with the matter (not an attorney) who informed us they need time to seek counsel and or work out a resolution on the matter if possible. The parties agreed to exchange some information to assist towards the same.

Therefore, we respectfully request to adjourn the **September 28, 2022** Initial Conference to **October 28, 2022**, along with all corresponding deadlines regarding the Case Management Plan and Joint Letter, giving Defendants time to investigate, retain counsel, and appear in this action. We believe this extension of time will preserve judicial resources and allow the Court to hear the case on its merits, if not amicably resolved in advance. This is the second request of its kind.

We thank you and the Court for its time and consideration on this matter.

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Wednesday, SEptember 28, 2022 at 10:45 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker is hereby rescheduled to Thursday, November 10, 2022 at 12:15 p.m. Plaintiff is directed to serve a copy of this endorsement on the Defendants.

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
09/19/2022

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

---

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com