USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
GRACIELA DONCOUSE,

                     Plaintiff,

      -against-

WEST NY 500 CORP d/b/a
FRESH 2 GO MARKET AND
HUDSON 500 LLC,

                     Defendants.
----------------------------------------------------------------X

22-CV-3181 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on October 26, 2022 (doc. no 19) the Initial Case Management Conference currently scheduled for **November 10, 2022** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              October 27, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge